**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOSEPH NOELL,**

    **Plaintiff,**

**v.**                                         **Case No. 8:08-cv-683-T-30TBM**

**SUNCRUZ CASINOS and
OCEANS CASINO CRUISES, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for an Order (1) Granting Class Certification for Purposes of Settlement Only; (2) Appointing Class Representative and Class Counsel; (3) Preliminarily Approving the Settlement Agreement between Plaintiff, on his own behalf and on behalf of the Class of similarly situated former employees of the Defendant and the Defendant; (4) Approving the Form and Manner of Notice to Class; (5) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement; and (6) Finally Approving the Settlement ("the Joint Motion") (Dkt. 19). The parties have agreed that Plaintiff's counsel shall receive 33 1/3% of the Settlement Fund plus some costs. While the parties agree that this fee is reasonable, the Court will require additional records from Plaintiff's counsel in order to determine the reasonableness of the proposed fees.

It is therefore ORDERED AND ADJUDGED that:

1. Within eleven (11) days of the date hereof, Plaintiff's counsel shall file an affidavit and time records supporting the reasonableness of the attorneys' fees sought in the Joint Motion (Dkt. #19).

2. The Court will defer ruling on the Joint Motion (Dkt. #19) pending review of the affidavit and time records.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-683.atty fee record request.frm